■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARDO HERNANDEZ, Relator, v. HENRY J. NOBLE, as Warden of New York City Penitentiary,

Respondent.— Application for a writ of habeas corpus denied, on the ground that the application fails to comply with section 1234 of the Civil Practice Act. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.